# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

```
FILED
Mar 06 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. Robby Ramos | **CASE NUMBER:** CR 3:26-cr-00106 MAG |
| **Is This Case Under Seal?** | Yes   No ✔ |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Denise Yasinow | **Date Submitted:** 3/6/2026 |

**Comments:**

This is a misdemeanor Information.

RESET FORM   SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

36 CFR § 1002.30(a)(1) (Class B Misdemeanor) – Misappropriation of Property

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Imprisonment: 6 months' imprisonment
Fine: $5,000 fine
Probation: 5 years maximum
Supervised Release: 1 year maximum
Special Assessment: $10 special assessment

## DEFENDANT - U.S

▶ Robby Ramos

DISTRICT COURT NUMBER
3:26-cr-00106 MAG

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Craig Missakian
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Denise Yasinow

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: This is a misdemeanor Information.

```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2
 3
 4
 5
 6
 7
 8                              UNITED STATES DISTRICT COURT
 9                            NORTHERN DISTRICT OF CALIFORNIA
10                                   SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,              )  CASE NO. 3:26-cr-00106 MAG
                                           )
12         Plaintiff,                      )  VIOLATION:
                                           )
13     v.                                  )  36 C.F.R. § 1002.30(a)(1) – Misappropriation of
                                           )  Property (Class B Misdemeanor)
14  ROBBY RAMOS,                           )
                                           )
15         Defendant.                      )  SAN FRANCISCO VENUE
                                           )
16
17
18                                     I N F O R M A T I O N
19  The United States Attorney charges:
20
21  COUNT ONE:        (36 C.F.R. § 1002.30(a)(1) — Misappropriation of Property)
22         On or about December 4, 2025, in the Northern District of California, within the boundaries of
23  an area administered by the Presidio Trust, a place within the Special Maritime and Territorial
24  Jurisdiction of the United States, the defendant,
25                                         ROBBY RAMOS,
26  did obtain or exercise unlawful possession of the property of another, with the purpose to deprive the
27  owner of the property, specifically an envelope handed to RAMOS by Victim 1 containing at least
28  $4,220 in cash that was meant to be distributed among the catering staff at Victim 1's private event at
```

FILED

Mar 06 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

INFORMATION                                            1

the Walt Disney Family Museum located at 104 Montgomery St., San Francisco, in violation of 36 Code of Federal Regulations, Section 1002.30(a)(1), a Class B Misdemeanor.

DATED:  March 6, 2026                              CRAIG H. MISSAKIAN
                                                    United States Attorney


                                                    */s/ Denise N. Yasinow*
                                                    DENISE N. YASINOW
                                                    Assistant United States Attorney